Mrs. Esther Belle **CHEMELL**, J. V. Fulenwider, O. A. Perron, L. A. Chemell and Herman L. Tillman, Appellants,

v.

**DEPOSIT GUARANTY BANK & TRUST COMPANY**, Appellee.

No. 19288.

United States Court of Appeals Fifth Circuit.

Nov. 14, 1962.

Rehearing Denied Dec. 27, 1962.

Joseph H. Blackshear, Raymond F. Schuder, Joe K. Telford, John N. Crudup, Gainesville, Ga., for appellants.

John W. Chambers, Atlanta, Ga., Charles B. Henley, Jackson, Miss., Gambrell, Harlan, Russell, Moye & Richardson, Atlanta, Ga., for appellee.

Before TUTTLE, Chief Judge, WISDOM, Circuit Judge, and JOHNSON, District Judge.

PER CURIAM.

Upon careful consideration, we are of the opinion that the judgment of the trial court should be affirmed on the basis of the findings and conclusions stated in the opinion of the trial court.

The judgment is

Affirmed.

The **UNITED STATES** of America, Libellant-Appellant,

v.

The **MARINE TRUST COMPANY OF WESTERN NEW YORK** for release from seizure and forfeiture of a 1961 Ford Convertible Automobile, Serial No. 1F-55W-163315, 1961 Auto Registration, New York 9B-8645, Petitioner-Appellee.

No. 200, Docket 27790.

United States Court of Appeals Second Circuit.

Argued Nov. 9, 1962.

Decided Nov. 16, 1962.

John T. Curtin, U. S. Atty., Western District of New York, Buffalo, N. Y., for libellant-appellant.

Herald P. Fahringer, Jr., Buffalo, N. Y. (Knoell, Bassett & Denk, Tonawanda, N. Y., on the brief), for petitioner-appellee.

Before MEDINA, SMITH and KAUFMAN, Circuit Judges.

PER CURIAM.

We affirm on the authority of United States v. C. I. T. Corporation, 2 Cir., 1937, 93 F.2d 469.